IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

CASE NO: 09-07902-13-SEK/C

IN RE:  CHAPTER: 13

SANTIAGO DEL VALLE, NESTOR MANUEL
(SS: 1311) (SS: )

Debtor(s)

CALLE ISLENA #208
URB. METROPOLIS
CAROLINA, PR  00987

INFORMATIVE MOTION
(DOCUMENTS PROVIDED TO THE TRUSTEE )

**TO THE HONORABLE COURT:**

COME(S) NOW Debtor(s), represented by the undersigned attorney, and represents as follows:

1. We hereby inform that the documents described in the attached exhibit were electronically provided *(e-mailed)* to the trustee

**WHEREFORE** we pray from this Honorable Court to take notice of the information that was provided to the trustee.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to the all parties in interest in the attached master address list. We will serve by Postal Service the document to any non CM/ECF participants.

On this day, December 11, 2009

*/S/ Juan M. Suárez Cobo*
USDCPR 211010
138 Winston Churchill Ave., Suite 316
San Juan, P.R. 00926-6023
Tel:791-1818
Fax:791-4260
suarezcobo@prtc.net

```
                                         09-07902-13-SEK/C
                              SANTIAGO DEL VALLE, NESTOR MANUEL

                                          December 11, 2009
                                                 Chapter 13
```

# BUSINESS DOCUMENTS



# Trustee Electronic Document Filing Application (TEDFA)
José R. Carrión-Morales, Esq.
Chapter 13 & 12 Trustee

## Confirmation of Receipt

**Case Number:** 0907902

**Debtor 1:** NESTOR MANUEL SANTIAGO DEL VALLE

**Debtor 2:**

**Lawyer:** JUAN M SUAREZ COBO

| | |
|---|---|
| Atty. Firstname: | Juan M. |
| Atty. Lastname: | Suarez Cobo |
| Law Firm: | Law Office |

| | |
|---|---|
| Document Type Filed: | Business - Licenses (Patents) municipal & state, etc. |
| Upload Date: | 12/11/2009 |
| Original File Name: | DOC. BUSINESS DOCUMENTS 12-11-09.pdf |

UserName: jms2001

**IMPORTANT WARNINGS**

The document you filed using this application will be subject to verification.

**Virus Detection:** If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

**Document Content:** If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

**Document Quality:** If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

12/11/2009 10:10:04 AM                                                                 1