IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

NESTOR SANTIAGO DEL VALLE

CASE NO. 09-07902-SEK13    SEK

Chapter 13

Debtor

Banco Popular de P.R.

Movant

## MINUTES OF HEARING ON MOTION TO LIFT STAY

PARTIES PRESENT: [X] Movant  [ ] Respondent's attorney  [ ] Trustee  [ ] Debtor(s)  [X] Creditor: Wallace Vazquez Sanabria

NOTES AND REMARKS: * (Order will be entered electronically by CAOS)

[ ] Upon respondent(s)' failure to oppose and to appear at the hearing scheduled for this date, the instant motion is granted and the stay is hereby **lifted by default in favor of movant.** *

[ ] The Motion for reasons stated in open Court was:  [ ] Granted *  [ ] Denied*

[ ] **Stay was modified** for reasons stated in open court. (Separate order will be entered.)

[ ] **Parties agreed to** _____ in _____ days or stay is lifted.*

[ ] Motion to Lift Stay was settled by the parties. Hearing becomes moot.

[ ] Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant. *

[ ] Movant's request to issue new summons is granted. Clerk to issue new summons.

[ ] New preliminary hearing is set for  : _____ at _____ M.

[ ] Movant's application to withdraw the motion to lift stay is granted. _____

[ ] Notice period has not elapsed, if not timely response is filed, the motion is granted and the stay is hereby lifted by default in favor of movant. If a timely reply is filed, a final hearings is scheduled for: (See Below)

[X] A Final Hearing will be scheduled for: 7/6/2010 at 2:00 p. M.

[ ] Clerk to give notice of hearing.  [X] 30-day determination period waived. _____

[ ] Clerk to follow up and return to chambers within _____ days for court to: *(Refer to additional comments)*
[X] Additional Comments:
Debtor is in arrears with trustee for $1,000.00

Date: 6-2-2010                                                      By: MARIBEL MONTALVO