# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> **NESTOR SANTIAGO DEL VALLE** <br> Social Security: xxx-xx-1311 <br><br> Address: <br> **CALLE ISLENA #208** <br> **URB. METROPOLIS** <br> **CAROLINA, PUERTO RICO 00987** <br><br> **DEBTOR** | CASE NO. 09-07902-SEK/C <br><br> CHAPTER 13 |

## MOTION REQUESTING FINAL COMPENSATION

**TO THE HONORABLE COURT:**

**COMES NOW**, the undersigned attorney for the above captioned case and respectfully states, prays and requests as follows:

1. On September 21, 2009 debtor filed a Voluntary Petition for Bankruptcy under the Chapter 13 of the title 11 U.S.C. §301. Prior to the commencement of this case the undersigned received $1,525.00 for attorneys fees, from the debtor. Continuously throughout this case, since his employment by the debtor, the undersigned attorney has served as counsel for the debtor, until we resigned on May 19, 2010.

2. The services provided for which attorney's fees are requested, as detailed in the invoice, were rendered between 02/10/09 until the date of this motion.

3. The petition has been dismissed and this Honorable Court retained jurisdiction to entertain this request for attorney's fees. Debtor's legal counsel has not received any

1

additional attorney's fees for the services rendered, previously described and in more detail in the attached invoice refer herein as Exhibit A. The attorney's fees balance pending as per general order 01-01 and form 2016 are $2,030.00. The invoice total is: $5,079.00. The invoice reflects a total of 27.00 hours and 1.30 non-billable hours which have no charge.

4. The actual and regular hourly rate charged by the undersigned attorney for bankruptcy legal services is $200.00 per hour.

5. We are requesting this Honorable Court to approve our petition in the amount of $5,079.00 of which $1,525.00 were paid pre-petition, for a balance of $3,554.00. Considering the work that has been voluntarily designated as non-billable, the lodestar effective rate for the undersigned attorney has been reduced to $179.47. The Debtor's legal counsel requests this Honorable Court to approve $5,079.00 as compensation for attorney's fees (invoice attached $5,079.00).

6. The undersigned attorney has provided services necessary to protect the interests of the debtor in connection with the bankruptcy case and to protect the estate itself. Consequently we respectfully submit that we are entitled to compensation pursuant to 11 U.S.C. §330(a)(4)(B)[1].

---

[1] ...(B)In a chapter 12 or chapter 13 case in which the debtor is an individual, the court may allow reasonable compensation to the debtor's attorney for representing the interests of the debtor in connection with the bankruptcy case based on a consideration of the **benefit and necessity of such services to the debtor** and the other factors set forth in this section. **... Bold Supplied**

7.      In support of its request for compensation, the undersigned attorney respectfully makes the following statements with respect to the considerations set forth in bankruptcy law.

   a.   The services rendered and expenses incurred for which the undersigned attorney are **reasonable and necessary and actual services** provided in the above captioned case. Further, the **time spent** on such services are clearly stated for each independent task performed and the time spent is actual and necessary, the time spent by the attorney and professional employees for which it seeks compensation herein was reasonable and appropriate, and not excessive, redundant, or otherwise unnecessary. **The rates charged** by the undersigned attorney are reasonable and customary are in line with the prevailing market rate in this legal community for similar services by attorneys and professional employees of reasonably comparable skill, experience, and reputation.

   b.   **Reasonableness of expenses incurred.** The undersigned attorney respectfully represents that the disbursements made by it, and expenses actually incurred by it in connection with its representation of the debtor as set forth, and for which it seeks reimbursement in this petition, were reasonable and necessary.

8.      In the event of an objection to this fee petition, or, alternatively, if the Court so desires, the undersigned attorney will present direct evidence and/or opinion evidence as to the reasonableness and necessity for the services rendered or the expenditure of the disbursements and out-of-pocket expenses for which it seeks reimbursement. Otherwise, we respectfully request the Court to examine the statement of services rendered and of disbursements made and out-of-pocket expenses incurred by. The undersigned attorney as detailed in Exhibit "A," and rely upon its own expertise to determine that the disbursements made and out-of-pocket expenses incurred by the undersigned attorney were reasonable.

9. Said fees will not be shared with anyone other than the members of the firm where the undersigned attorney works, and there is no agreement or understanding for such sharing (other than the division of any fees paid to the undersigned attorney among the members of the firm in accordance with its articles of incorporation and agreements relating thereto) of compensation received or to be received for services rendered in connection with this case.

10. We also request that the trustee be ordered to pay these fees from the funds available or to become available under the above captioned matter, up to the balance allowed by this Court and the amounts deposited with the trustee. It's not to be understood that the trustee personally or as an entity is responsible for paying these fees from other source other than debtor deposited funds in the above captioned case.

### ATTORNEY CERTIFICATION PURSUANT TO LBR 2016(a)(4)

I, Juan M. Suárez Cobo, hereby certify that (a) I have read the foregoing application; (b) that to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and reimbursement of expenses sought conforms with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines, and Local Bankruptcy Rules; and (c) and the compensation and reimbursement of expenses requested are billed at rates no less favorable to the debtor and/ or the state than those customarily employed by the undersigned generally.

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
### LOCAL RULE 9013-(h)

Within TWENTY ONE (Fee Petition) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i)

the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**WHEREFORE**, the undersigned attorney respectfully prays that this Court notices the within and foregoing petition for hearing and, after said notice and hearing, the requested compensation and reimbursements of expenses advanced to Juan Manuel Suárez Cobo in the amount of $5,079.00 for legal services rendered in the above captioned matter, of which $1,525.00 were paid pre-petition, for a balance of $3,554.00.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to : Monsita Lecaroz Arribas, Esq., U.S. Trustee's Office, Ochoa Building, Suite 301, 500 Tanca Street, Old San Juan, P.R. 00906, and Chapter 13- Trustee. We will serve by regular mail this document to any the above-named persons, upon knowing that they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In Carolina, Puerto Rico, September 16, 2010

                                             **LEGAL PARTNERS, P.S.C.**
Box 316, Señorial Station
San Juan, P.R. 00926-6023
Telephone: (787) 791-1818
Fax: (787) 791-4260

*/s/ Juan M. Suárez Cobo*
**JUAN M. SUÁREZ COBO**
USDCPR 211010
suarezcobo@prtc.net
Attorney for:
Nestor Santiago Del Valle

```
                    LEGAL PARTNERS, PSC
                 ATTORNEYS & COUNSELORS AT LAW
                  138 WINSTON CHURCHILL AVE.
                          SUITE 316
                    SAN JUAN, P.R. 00926-6023

              TEL: 787-791-1818 / FAX: 787-791-4260


                                                 PAG.NO.: 1
    NESTOR MANUEL SANTIAGO DEL VALLE              09/16/2010
    C/ISLENA #208                    CASE NO./CASO NUM: 3153-00Q
    URB. METROPOLIS                  BILL NO./FACT. NUM.:    5275
    CAROLINA  PR  00987

    CHAPTER 13




                         DESCRIPTION/ DESCRIPCION

                                        P/H HR.MIN.
    02/10/09
        JMS INITIAL VISIT BY CLIENT, TO
            OBTAIN INFORMATION TO BE ABLE TO
            PROVIDED IT TO SUAREZ COBO FOR
            ANALYSIS AND INTERVIEW WITH
            ATTORNEY.
            NAME :NESTOR MANUEL SANTIAGO DEL
            VALLE
            PHONE: 787-632-6655                                 N/C

    08/11/09
        JMS MET WITH CLIENT TO DISCUSS THE
            INFORMATION PROVIDED, ANSWER
            QUESTIONS   AND VERIFY THE
            BANKRUPTCY PETITION.             200.00   1.00    200.00

    08/21/09
        JMS REVIEWED INFORMATION PROVIDED TO
            PREPARE BANKRUPTCY PETITION.
            ANALYZED AND CORRECTED
            INFORMATION PRELIMINARY
            INFORMATION ENTERED. VERIFIED
            LIQUIDATION VALUE AND TREATMENT
            FOR SECURED CLAIM AND PRIORITIES.
            VERIFIED SCHEDULES AND STATEMENT
            OF FINANCIAL AFFAIRS.            200.00   0.90    180.00

    09/21/09
        JMS REVIEWED INFORMATION PROVIDED TO
            PREPARE BANKRUPTCY PETITION.
            ANALYZED AND CORRECTED
            INFORMATION PRELIMINARY
            INFORMATION ENTERED. VERIFIED
            LIQUIDATION VALUE AND TREATMENT
            FOR SECURED CLAIM AND PRIORITIES.
            VERIFIED SCHEDULES AND STATEMENT
            OF FINANCIAL AFFAIRS.            185.00   2.40    444.00

        JMS REVIEWED AND ANALYZED THE NEW
            INFORMATION PROVIDED BY
            DEBTOR(S); PREPARED THE REQUIRED
            AMENDMENTS TO THE SCHEDULES      200.00   0.90    180.00

        JMS AFTER REVIEWING THE NEW
            INFORMATION; CALCULATED THE
```

```
                                                       PAG.NO.: 2
    NESTOR MANUEL SANTIAGO DEL VALLE                 09/16/2010
                                     CASE NO./CASO NUM: 3153-00Q
                                     BILL NO./FACT. NUM.:   5275
       CHAPTER 13
```
```
                                              P/H    HR.MIN.
       CORRECT BASE, VERIFIED CLAIMS AND
       DOCKET, AND AMENDED THE CHAPTER
       13 PLAN.                              200.00   0.90   180.00

   STF PROOFREAD, REVIEWED AND APPROVED
       LETTER THAT WAS PREPARED AND IT
       IS GOING TO BE SENT TO CLIENT
       INFORMING THE FILING OF THE
       PETITION AND RELATED INFORMATION.      90.00   0.10     9.00

09/22/09
   JMS READ AND REVIEWED NOTICE OF 341
       HEARING, CONFIRMATION AND BAR
       DATES.                                200.00   0.20    40.00

   STF PROOFREAD, REVIEWED AND APPROVED
       LETTER THAT WAS PREPARED AND IT
       IS GOING TO BE SENT TO CLIENT
       INFORMING THE 341 HEARING DATE
       AND CONFIRMATION HEARING DATE.         90.00   0.10     9.00

09/29/09
   JMS RECEIVED, REVIEWED AND ANALYZED
       EFFECT ON PROPOSED PLAN OF PROOF
       OF CLAIM. READ AND REVIEWED
       SUPPORTING DOCUMENTS; COMPARED
       THE CLAIM WITH OUR NOTES AND THE
       INFORMATION IN THE FILE.  THE
       CLAIM WAS FILED BY FIRSTBANK.
       CLAIM NO. 1                           200.00   0.20    40.00

09/30/09
   JMS RECEIVED, REVIEWED AND ANALYZED
       EFFECT ON PROPOSED PLAN OF PROOF
       OF CLAIM. READ AND REVIEWED
       SUPPORTING DOCUMENTS; COMPARED
       THE CLAIM WITH OUR NOTES AND THE
       INFORMATION IN THE FILE.  THE
       CLAIM WAS FILED BY FIRSTBANK.
       CLAIM NO. 2                           200.00   0.30    60.00

10/02/09
   JMS READ AND REVIEWED DOCUMENT(S) -
       DOMESTIC SUPPORT OBLIGATION.          200.00   0.10    20.00

   JMS PREPARED INFORMATIVE MOTION -
       DOMESTIC SUPPORT OBLIGATION
       PAYMENTS.                             200.00   0.10    20.00

   JMS READ AND REVIEWED DOCUMENT(S) -
       OPERATING REPORT - AUGUST 2009.       200.00   0.30    60.00

   JMS READ AND REVIEWED DOCUMENT(S) -
       OPERATING REPORT JANUARY- JULY
       2009.                                 200.00   0.80   160.00

   JMS READ AND REVIEWED DOCUMENT(S) -
```

|  | P/H | HR.MIN. |  |
|---|---|---|---|
| DOCUMENTS PROVIDED TO THE TRUSTEE. TAX RETURNS 2005-2007, IVU DOCUMENTATION, PAY STUBS. | 200.00 | 0.60 | 120.00 |
| JMS PREPARED INFORMATIVE MOTION - DOCUMENTS PROVIDED TO THE TRUSTEE. | 200.00 | 0.10 | 20.00 |

10/08/09

    JMS RECEIVED, REVIEWED AND ANALYZED EFFECT ON PROPOSED PLAN OF PROOF OF CLAIM. READ AND REVIEWED SUPPORTING DOCUMENTS; COMPARED THE CLAIM WITH OUR NOTES AND THE INFORMATION IN THE FILE. THE CLAIM WAS FILED BY BANCO POPULAR DE PUERTO RICO. CLAIM NO. 3    200.00   0.20   40.00

10/26/09

    JMS PREPARED MOTION REQUESTING DEBTOR TO ASSUME OR REJECT LEASE CONTRACT WITH DORAL LEASING.    200.00   0.80   160.00

10/27/09

    JMS RECEIVED READ NOTICE OF APPEARANCE. ADDED ATTORNEY TO OUR NOTICE LIST. FILED BY RELIABLE FINANCIAL SERVICES.    200.00   0.10   20.00

    JMS RECEIVED, REVIEWED AND ANALYZED EFFECT ON PROPOSED PLAN OF PROOF OF CLAIM. READ AND REVIEWED SUPPORTING DOCUMENTS; COMPARED THE CLAIM WITH OUR NOTES AND THE INFORMATION IN THE FILE. THE CLAIM WAS FILED BY ASUME. CLAIM NO. 4    200.00   0.20   40.00

    JMS RECEIVED, REVIEWED AND ANALYZED EFFECT ON PROPOSED PLAN OF PROOF OF CLAIM. READ AND REVIEWED SUPPORTING DOCUMENTS; COMPARED THE CLAIM WITH OUR NOTES AND THE INFORMATION IN THE FILE. THE CLAIM WAS FILED BY RELIABLE FINANCIAL SERVICES. CLAIM NO. 5    200.00   0.20   40.00

10/29/09

    JMS ATTENDED AND APPEARED AT THE 341 MEETING OF CREDITORS; MET WITH CLIENTS BEFORE THE HEARING TO DISCUSS ANY RECENT CHANGES; WAITED FOR OUR HEARING TURN; REPRESENTED DEBTOR'S DURING THE 341 MEETING. DISCUSSED THE MEETING RESULTS WITH THE CLIENT. (CARLOS J. TEISSONNIERE IN

```
                                                   PAG.NO.: 4
       NESTOR MANUEL SANTIAGO DEL VALLE              09/16/2010
                                         CASE NO./CASO NUM: 3153-00Q
                                         BILL NO./FACT. NUM.:   5275
       CHAPTER 13
```

```
                                              P/H   HR.MIN.
        SUBSTITUTION)                       150.00   1.00   150.00

11/02/09
    JMS READ MINUTES OF 341 MEETING OF
        CREDITORS; ANALYZED THE RESULTS
        OF IT; REVIEWED OUR 341 MEETING
        NOTES; COMPARE NOTES AND MINUTES
        WITH SCHEDULES AND INFORMATION IN
        FILE; GAVE INSTRUCTIONS TO STAFF
        MEMBER.                             200.00   0.10    20.00

11/03/09
    JMS READ NOTICE OF HEARING(S) -
        01/21/2010 AT 8:30AM.               200.00   0.20    40.00

11/04/09
    STF PROOFREAD, REVIEWED AND APPROVED
        LETTER THAT WAS PREPARED AND IT
        IS GOING TO BE SENT TO CLIENT
        INFORMING THE 341 HEARING DATE -
        01/15/2010 AT 1:00PM.                90.00   0.20    18.00

11/23/09
    JMS RECEIVED, REVIEWED AND ANALYZED
        EFFECT ON PROPOSED PLAN OF PROOF
        OF CLAIM. READ AND REVIEWED
        SUPPORTING DOCUMENTS; COMPARED
        THE CLAIM WITH OUR NOTES AND THE
        INFORMATION IN THE FILE.  THE
        CLAIM WAS FILED BY IRS. CLAIM NO
        6.                                  200.00   0.20    40.00

12/11/09
    JMS READ AND REVIEWED DOCUMENT(S) -
        OPERATING REPORT SEPTEMBER -
        NOVEMBER 2009.                      200.00   0.30    60.00

    JMS PREPARED INFORMATIVE MOTION
        -DOCUMENTS ATTACHED (OPERATING
        REPORTS)                            200.00   0.10    20.00

    JMS READ AND REVIEWED DOCUMENT(S) -
        BUSINESS DOCUMENTS.                 200.00   0.30    60.00

    JMS PREPARED INFORMATIVE MOTION
        -BUSINESS DOCUMENTS.                200.00   0.10    20.00

12/23/09
    JMS READ NOTICE OF HEARING(S) -
        01/21/2010 AT 2:00PM.               200.00   0.10    20.00

    STF PROOFREAD, REVIEWED AND APPROVED
        LETTER THAT WAS PREPARED AND IT
        IS GOING TO BE SENT TO CLIENT
        INFORMING THE   HEARING DATE
        01/21/2010 AT 2:00PM.                                 N/C
```

```
                                                             PAG.NO.: 5
NESTOR MANUEL SANTIAGO DEL VALLE                           09/16/2010
                                          CASE NO./CASO NUM: 3153-00Q
                                        BILL NO./FACT. NUM.:     5275
     CHAPTER 13
```

```
                                                    P/H    HR.MIN.
12/29/09
    JMS  READ NOTICE OF HEARING(S) -
         02/19/2010 AT 1:00PM.                     200.00   0.10    20.00

    STF  PROOFREAD, REVIEWED AND APPROVED
         LETTER THAT WAS PREPARED AND IT
         IS GOING TO BE SENT TO CLIENT
         INFORMING THE 341 HEARING DATE
         02/19/2010 AT 1:00PM.                      90.00   0.20    18.00

12/30/09
    JMS  READ NOTICE OF HEARING(S) - 341
         HEARING 02/01/2010 AT 8:00AM.             200.00   0.10    20.00

    STF  PROOFREAD, REVIEWED AND APPROVED
         LETTER THAT WAS PREPARED AND IT
         IS GOING TO BE SENT TO CLIENT
         INFORMING THE 341 HEARING DATE
         02/01/2010 AT 8:00AM.                      90.00   0.20    18.00

01/18/10
    JMS  RECEIVED, REVIEWED AND ANALYZED
         EFFECT ON PROPOSED PLAN OF PROOF
         OF CLAIM. READ AND REVIEWED
         SUPPORTING DOCUMENTS; COMPARED
         THE CLAIM WITH OUR NOTES AND THE
         INFORMATION IN THE FILE.  THE
         CLAIM WAS FILED BY
         NCO/CITIFINANCIAL PR. CLAIM NO 7.         200.00   0.10    20.00

    JMS  RECEIVED, REVIEWED AND ANALYZED
         EFFECT ON PROPOSED PLAN OF PROOF
         OF CLAIM. READ AND REVIEWED
         SUPPORTING DOCUMENTS; COMPARED
         THE CLAIM WITH OUR NOTES AND THE
         INFORMATION IN THE FILE.  THE
         CLAIM WAS FILED BY NCO/ASSIGNEE
         OF CENTENNIAL. CLAIM NO. 8.               200.00   0.10    20.00

01/20/10
    JMS  MET WITH DEBTOR REGARDING 341
         MEETING, VERIFIED SCHEDULES, AND
         PLAN. VERIFIED FIRST COURSE AND
         SECOND COURSE, PAYMENTS, AND
         PREPARE DEBTOR FOR THE MEETING.           200.00   1.00   200.00

02/08/10
    JMS  TELEPHONE CONFERENCE WITH DEBTOR
         REGARDING PAYMENTS TO ORIENTAL
         MORTGAGE.                                 200.00   0.30    60.00

02/11/10
    JMS  REVIEWED AND ANALYZED THE NEW
         INFORMATION PROVIDED BY
         DEBTOR(S); PREPARED THE REQUIRED
         AMENDMENTS TO THE SCHEDULES I AND
         J.                                        200.00   0.60   120.00
```

|  | | P/H | HR.MIN. | |
|---|---|---|---|---|
| 02/16/10 | | | | |
| | JMS RECEIVED READ NOTICE OF APPEARANCE. ADDED ATTORNEY TO OUR NOTICE LIST. FILED BY BANCO POPULAR DE PUERTO RICO. | 200.00 | 0.10 | 20.00 |
| | JMS RECEIVED, REVIEWED AND ANALYZED EFFECT ON PROPOSED PLAN OF PROOF OF CLAIM. READ AND REVIEWED SUPPORTING DOCUMENTS; COMPARED THE CLAIM WITH OUR NOTES AND THE INFORMATION IN THE FILE. THE CLAIM WAS FILED BY BANCO POPULAR/ORIENTAL BANK. CLAIM NO. 9 | 200.00 | 0.30 | 60.00 |
| | JMS TELEPHONE CONFERENCE WITH DEBTOR REGARDING PAYMENT FOR FEBRUARY. | 200.00 | 0.30 | 60.00 |
| 02/17/10 | | | | |
| | JMS READ AND REVIEWED DOCUMENT(S) - INSURANCE ESTIMATE. | 200.00 | 0.20 | 40.00 |
| | JMS PREPARED INFORMATIVE MOTION - INSURANCE ESTIMATE. | 200.00 | 0.10 | 20.00 |
| 02/18/10 | | | | |
| | JMS TELEPHONE CONFERENCE WITH DEBTOR REGARDING 341 HEARING. | 200.00 | 0.30 | 60.00 |
| 02/22/10 | | | | |
| | JMS READ MINUTES OF 341 MEETING OF CREDITORS; ANALYZED THE RESULTS OF IT; REVIEWED OUR 341 MEETING NOTES; COMPARE NOTES AND MINUTES WITH SCHEDULES AND INFORMATION IN FILE; GAVE INSTRUCTIONS TO STAFF MEMBER. CONTINUANCE 03/11/2010 AT 1:00PM. | 200.00 | 0.10 | 20.00 |
| 02/23/10 | | | | |
| | JMS PROOFREAD, REVIEWED AND APPROVED LETTER THAT WAS PREPARED AND IT IS GOING TO BE SENT TO CLIENT INFORMING THE 341 HEARING DATE 03/11/2010 AT 1:00PM | | | N/C |
| 03/11/10 | | | | |
| | JMS ATTENDED AND APPEARED AT THE 341 MEETING OF CREDITORS; MET WITH CLIENTS BEFORE THE HEARING TO DISCUSS ANY RECENT CHANGES; WAITED FOR OUR HEARING TURN; REPRESENTED DEBTOR'S DURING THE 341 MEETING. DISCUSSED THE MEETING RESULTS WITH THE CLIENT. (SANDY HERMAN IN SUBSTITUTION) | 185.00 | 1.00 | 185.00 |

```
                                                          PAG.NO.: 7
NESTOR MANUEL SANTIAGO DEL VALLE                          09/16/2010
                                        CASE NO./CASO NUM: 3153-00Q
                                        BILL NO./FACT. NUM.:    5275
    CHAPTER 13
```

```
                                              P/H    HR.MIN.
03/12/10
    JMS READ MINUTES OF 341 MEETING OF
        CREDITORS; ANALYZED THE RESULTS
        OF IT; REVIEWED OUR 341 MEETING
        NOTES; COMPARE NOTES AND MINUTES
        WITH SCHEDULES AND INFORMATION IN
        FILE; GAVE INSTRUCTIONS TO STAFF
        MEMBER.                                 200.00  0.10    20.00

03/17/10
    JMS READ AND REVIEWED DOCUMENT(S) -
        LIQUIDATION ANALYSIS AND
        COMPARABLE REPORT.                      200.00  0.30    60.00

    STF PREPARED INFORMATIVE MOTION -
        LIQUIDATION ANALYSIS AND
        COMPARABLE REPORT.                       90.00  0.10     9.00

    JMS READ AND REVIEWED DOCUMENT(S) -
        CORPORATE ANNUAL REPORT 2008.           200.00  0.20    40.00

    STF PREPARED INFORMATIVE MOTION -
        CORPORATE ANNUAL REPORT 2008.            90.00  0.10     9.00

    JMS READ AND REVIEWED DOCUMENT(S) -
        BUSINESS QUESTIONNAIRE.                 200.00  0.30    60.00

    STF PREPARED INFORMATIVE MOTION -
        DOCUMENTS PROVIDED TO THE
        TRUSTEE.                                 90.00  0.10     9.00

    JMS REVIEWED AND ANALYZED THE NEW
        INFORMATION PROVIDED BY
        DEBTOR(S); PREPARED THE REQUIRED
        AMENDMENTS TO THE SCHEDULES A.          200.00  0.30    60.00

    JMS AFTER REVIEWING THE NEW
        INFORMATION; CALCULATED THE
        CORRECT BASE, VERIFIED CLAIMS AND
        DOCKET, AND AMENDED THE CHAPTER
        13 PLAN. DATED 03/17/2010.              200.00  0.60   120.00

    JMS PREPARED INFORMATIVE MOTION -
        AMENDED SCHEDULES.                      200.00  0.10    20.00

    JMS PREPARED INFORMATIVE MOTION -
        AMENDED PLAN DATED 03/17/2010           200.00  0.10    20.00

    JMS READ AND REVIEWED DOCUMENT(S) -
        DSO DOCUMENTATION.                      200.00  0.20    40.00

    STF PREPARED INFORMATIVE MOTION -
        DOCUMENTS PROVIDED TO THE TRUSTEE
        (DSO).                                   90.00  0.10     9.00

03/19/10
    JMS READ AND REVIEWED DOCUMENT(S) -
```

```
                                                            PAG.NO.:  8
    NESTOR MANUEL SANTIAGO DEL VALLE                        09/16/2010
                                         CASE NO./CASO NUM: 3153-00Q
                                         BILL NO./FACT. NUM.:    5275
       CHAPTER 13
```

```
                                              P/H HR.MIN.
         INCOME TAX RETURNS.                 200.00  0.30    60.00

     STF PREPARED INFORMATIVE MOTION -
         DOCUMENTS PROVIDED TO THE TRUSTEE
         (TAX RETURNS)                        90.00  0.10     9.00

03/23/10
     JMS READ MINUTES - RESCHEDULED
         05/19/2010 AT 8:30AM.               200.00  0.20    40.00

03/24/10
     STF PROOFREAD, REVIEWED AND APPROVED
         LETTER THAT WAS PREPARED AND IT
         IS GOING TO BE SENT TO CLIENT
         INFORMING   CONFIRMATION HEARING
         DATE 05/19/2010 AT 8:30AM.           90.00  0.20    18.00

04/12/10
     JMS RECEIVED,  READ, VERIFIED AND
         COMPARED CONTENTS OF MOTION
         TITLED TRUSTEE'S MOTION TO INFORM
         CLOSING 341 CREDITORS MEETING.      200.00  0.10    20.00

04/26/10
     JMS READ AND REVIEWED DOCUMENT(S) -
         MONTHLY OPERATING REPORT DECEMBER
         2009 - JANUARY 2010.                200.00  0.30    60.00

04/27/10
     STF PREPARED INFORMATIVE MOTION -
         MONTHLY OPERATING REPORTS.           90.00  0.10     9.00

05/06/10
     JMS READ AND REVIEWED DOCUMENT(S) -
         CERTIFICATION OF COMPLETION OF
         INSTRUCTIONAL COURSE.               200.00  0.10    20.00

     STF PREPARED INFORMATIVE MOTION -
         CERTIFICATION OF COMPLETION OF
         INSTRUCTIONAL COURSE.                90.00  0.10     9.00

05/12/10
     JMS PREPARED MOTION REQUESTING
         CONTINUANCE OF HEARING ON
         CONFIRMATION.                       200.00  0.30    60.00

     JMS READ AND REVIEWED DOCUMENT(S) -
         COMPARABLE SALES REPORT.            200.00  0.30    60.00

     STF PREPARED INFORMATIVE MOTION
         -COMPARABLE SALES REPORT.            90.00  0.10     9.00

     JMS TELEPHONE CONFERENCE WITH DEBTOR
         REGARDING ARREARS WITH THE
         MORTGAGE, REQUESTING DOCUMENTS
         NEEDED.                             200.00  0.30    60.00
```

```
                                                  P/H    HR.MIN.
05/13/10
    JMS RECEIVED AND READ MOTION
        REQUESTING RELIEF UNDER 11 USC
        362. VERIFIED ALLEGATIONS AGAINST
        OUR RECORDS TO DETERMINE
        VERACITY. GAVE INSTRUCTIONS TO
        STAFF MEMBER AND RECORDED
        FOLLOW-UP. FILED BY BANCO
        POPULAR.                              200.00    0.60   120.00

05/14/10
    STF PROOFREAD, REVIEWED AND APPROVED
        LETTER THAT WAS PREPARED AND IT
        IS GOING TO BE SENT TO CLIENT
        INFORMING OF MOTION TO LIFT STAY.      90.00    0.20    18.00

    JMS TELEPHONE CONFERENCE WITH DEBTOR
        REGARDING 362.                        200.00    0.30    60.00

05/18/10
    JMS RECEIVED,  READ, VERIFIED AND
        COMPARED CONTENTS OF MOTION
        TITLED TRUSTEE'S POSITION
        REGARDING MOTION FOR RELIEF OF
        THE STAY.                             200.00    0.10    20.00

    JMS AFTER THE NEW INFORMATION
        RECEIVED WAS ANALYZED AND
        COMPARED TO THAT EXISTING IN THE
        FILE, AND COMPARED TO THE
        ALLEGATIONS  MADE IN THE MOTION,
        THEN REPLY WAS PREPARED, REVIEWED
        AND APPROVED AS FINAL  FOR THE
        MOTION REQUESTING RELIEF FROM
        STAY FILED BY BANCO POPULAR.          200.00    0.90   180.00

    JMS PREPARED MOTION RESIGNING LEGAL
        REPRESENTATION.                       200.00    0.40    80.00

05/19/10
    JMS READ,  REVIEWED AND CONSIDERED
        THE EFFECT OF THE ORDER DOCKET #
        49                                    200.00    0.10    20.00

05/20/10
    JMS REVIEWED DOCKET AND CLAIMS DOCKET
        TO ASSES STATUS OF CASE AND
        RECENT CHANGES.                       200.00    0.10    20.00

    JMS RENCONCILED, COMPARED AND
        VERIFIED THE CLIENTS PAYMENTS
        RECORDS WITH TRUSTEE'S PAYMENT
        RECORDS TO DETERMINE IF CLIENT IS
        CURRENT UNDER THE PLAN.               200.00    0.10    20.00

09/15/10
    JMS PREPARED AND CORRECTED INVOICE;
```

```
                                                    PAG.NO.:   10
 NESTOR MANUEL SANTIAGO DEL VALLE                  09/16/2010
                                   CASE NO./CASO NUM: 3153-00Q
                                   BILL NO./FACT. NUM.:    5275
 CHAPTER 13
```

|  | P/H | HR.MIN. |  |
|---|---|---|---|
| ENTRIES WERE VERIFIED AGAINST FILE.  ADJUSTMENT WERE MADE; SECOND DRAFT WAS CORRECTED AGAIN; COMPARE THE FINAL INVOICE AGAINST DOCKET AND FILE NOTES. | 200.00 | 0.90 | 180.00 |
| SUB TOTAL |  | 27.00 | 5,079.00 |
| NON-BILLABLE HOURS/HORAS NO COBRADAS |  | 1.30 |  |
| TOTAL |  |  | 5,079.00 |
| BALANCE |  |  | $5,079.00 |